## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DANA JOANN GRAFF**                                                                          **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 3:07CV-P655-S**

**TROY POLLOCK** *et al.*                                                                    **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that

(1)   the federal claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from Defendants immune from such relief; and

(2)   the state-law claim is **DISMISSED without prejudice** as the Court declines to exercise supplemental jurisdiction over such claim under 28 U.S.C. § 1367(c).

In light of the dismissal of the action and finding no exceptional circumstances warranting the appointment, **IT IS FURTHER ORDERED** that the pending motion for appointment of counsel (DN 5) is **DENIED**.

There being no just reason for delay in its entry, this is a final Order. This Court **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
         General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4411.005